```
 1 │ MELINDA HAAG CSBN 132612
   │ United States Attorney
 2 │ ALEX G. TSE, CSBN 152348
   │ Chief, Civil Division
 3 │ ILA C. DEISS, NY SBN 3052909
   │ Assistant United States Attorney
 4 │
   │    450 Golden Gate Avenue, Box 36055
 5 │    San Francisco, California 94102
   │    Telephone: (415) 436-7124
 6 │    FAX: (415) 436-7169
   │    ila.deiss@usdoj.gov
 7 │
   │ Attorneys for Respondents
 8 │                              UNITED STATES DISTRICT COURT
 9 │                             NORTHERN DISTRICT OF CALIFORNIA
10 │                                    SAN FRANCISCO DIVISION
11 │ FERNANDO MORENO MENDEZ and         )
   │ MARIA DEL CARMEN MORENO GOMEZ,    )   No. C 12-6069 CRB
12 │                                    )
   │              Petitioners,          )
13 │                                    )   STIPULATION TO A BRIEFING
   │       v.                           )   SCHEDULE; AND [PROPOSED] ORDER
14 │                                    )
   │ JANET NAPOLITANO, Secretary,       )
15 │ Department of Homeland Security;  )
   │ TIMOTHY AIKEN, Field Office Director, )
16 │ Immigration and Customs Enforcement; and )
   │ ERIC HOLDER, JR., Attorney General of the )
17 │ United States,                     )
   │                                    )
18 │              Respondents.          )
   │ _____)
19 │
20 │
21 │   //
22 │
23 │    On November 30, 2012, Petitioners, who departed to Mexico under order of the Department of
24 │ Homeland Security, Immigration and Customs Enforcement based on an administratively final
25 │ order of removal on November 30, 2012, filed a petition for a writ of habeas corpus under 8 U.S.C.
26 │ § 2241.
27 │    Petitioners, by and through their attorney of record, and Respondents, by and through their
28 │ attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing
```

Stip to Briefing Schedule
C12-6069 CRB

schedule:

    Respondents' Return in Opposition:    January 4, 2013

    Petitioners' Traverse:    January 18, 2013

Dated: December 7, 2012    Respectfully submitted,

MELINDA HAAG
United States Attorney

    _____/s/_____
ILA C. DEISS
Assistant United States Attorney

Date: December 7, 2012    _____/s/_____
JAMES TODD BENNETT
Attorney for Petitioners

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  Dec. 11, 2012

    _____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (signature stamp)*