1  MELINDA HAAG CSBN 132612
   United States Attorney
2  ALEX G. TSE, CSBN 152348
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7124
6  FAX: (415) 436-7169
   ila.deiss@usdoj.gov
7
   Attorneys for Respondents
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 FERNANDO MORENO MENDEZ and          )
   MARIA DEL CARMEN MORENO GOMEZ,      )    No. C 12-6069 CRB
12                                     )
                Petitioners,           )
13                                     )    **STIPULATION TO A BRIEFING
        v.                             )    SCHEDULE; AND [PROPOSED] ORDER**
14                                     )
   JANET NAPOLITANO, Secretary,        )
15 Department of Homeland Security;    )
   TIMOTHY AIKEN, Field Office Director,)
16 Immigration and Customs Enforcement; and )
   ERIC HOLDER, JR., Attorney General of the )
17 United States,                      )
                                       )
18              Respondents.           )
   _____)
19

20     //

21

22
       On November 30, 2012, Petitioners, who departed to Mexico under order of the Department of
23
   Homeland Security, Immigration and Customs Enforcement based on an administratively final
24
   order of removal on November 30, 2012, filed a petition for a writ of habeas corpus under 8 U.S.C.
25
   § 2241.
26
       Petitioners, by and through their attorney of record, and Respondents, by and through their
27
   attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing
28

   Stip to Briefing Schedule
   C12-6069 CRB

schedule:

Respondents' Return in Opposition:    January 4, 2013

Petitioners' Traverse:    January 18, 2013


Dated: December 7, 2012    Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney


Date: December 7, 2012    _____/s/_____
JAMES TODD BENNETT
Attorney for Petitioners


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:    Dec. 11, 2012

IT IS SO ORDERED

Judge Charles R. Breyer