**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FERNANDO MORENO MENDEZ,              No. C12-06069 CRB

12              Plaintiff,                **ORDER RE SUPPLEMENTAL
                                          BRIEFING**
13       v.

14   JANET NAPOLITANO,

15              Defendant.
                                      /
16

17       In light of Respondents' Status Report (dkt. 21), each party may submit, by December

18   5, 2014, a supplemental brief of no more than fifteen (15) pages regarding the impact of the

19   Ninth Circuit's decision on the pending motion to dismiss (dkt. 15).

20       **IT IS SO ORDERED.**

21

22   Dated: November 19, 2014
                                          _____
23                                        CHARLES  R. BREYER
                                          UNITED STATES DISTRICT
                                          JUDGE
24

25

26

27

28