IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MORENO MENDEZ et al., | No. C12-06069 CRB |
| Petitioners, | **ORDER DIRECTING RESPONSE** |
| v. | |
| JANET NAPOLITANO et al., | |
| Respondents. | |

The parties agreed in their simultaneous supplemental briefing that the Ninth Circuit's decision is res judicata here. See Resp. Supp. Br. (dkt. 23) at 4-7; Pet. Supp. Br. (dkt. 24) at 5. Petitioners asserted, however, that the Ninth Circuit's decision does not foreclose claim 41.f in their present habeas petition. Pet. Supp. Br. at 5-6. That claim pertains to the alleged failure of attorney Meeks to raise the BIA's failure to reissue the voluntary departure order in its January 29, 2009 order, and the BIA's unilateral vacating of the voluntary departure applications. Pet. (dkt. 1) ¶ 41.f. Respondents have not had an opportunity to respond to that argument. Accordingly, Respondents are DIRECTED to file a response to Petitioners' argument as to claim 41.f by 5:00 PM on Friday, March 20, 2015.

**IT IS SO ORDERED.**

Dated: March 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE